UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CLYDE F. WAGNER,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC,<br><br>    Defendants. | Case No.  13-cv-03475-NJV<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED DUE TO SETTLEMENT** |

On March 11, 2014, the mediator assigned to this case filed a Certification of Mediation stating that the case had settled in full on March 7, 2014. *See* Doc. No. 43. The parties thereafter failed to appear at a telephonic status conference with the undersigned on March 18, 2014. *See* Doc. No. 44. The parties, however, have not filed a stipulation of dismissal or any other document to terminate the case that remains active in this court.

In light of their settlement, the parties are ordered to show cause why the case should not be dismissed with prejudice. If the parties do not show cause by April 11, 2014, the court shall dismiss the action, with prejudice.

**IT IS SO ORDERED**.

Dated: March 27, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge