UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CLYDE F. WAGNER,<br><br>  Plaintiffs,<br><br>  v.<br><br>WAL-MART STORES, INC,<br><br>  Defendants. | Case No.  13-cv-03475-NJV<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE FOR MAY 13, 2014**<br><br>Re: Dkt. No. 45 |

Plaintiff has shown cause why the court should not dismiss the action at this juncture. *See* Doc. No. 46. The court's March 27, 2014 order to show cause (Doc. No. 45) accordingly is discharged.

The parties shall appear for a telephonic status conference on May 13, 2014 at 10:00 a.m. by dialing 1-888-684-8852 and using 1868782# as the access code. The parties shall inform the court prior to that date if they finalize their settlement process.

**IT IS SO ORDERED**.

Dated: April 14, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge