LATHE S. GILL  (SBN: 206216)
lathe@lathegill.com
LAW OFFICES OF LATHE S. GILL
1301 Northcrest Dr., Suite B #24
Crescent City, CA 95531
Telephone:  (707) 296-8147
Facsimile:  (707) 633-1771

Attorney for Plaintiff
CLYDE F. WAGNER


MICHAEL T. LUCEY  (SBN:  099927)
mlucey@gordonrees.com
MICHAEL A. LAURENSON   (SBN: 190023)
mlaurenson@gordonrees.com
KEVIN D. WHITTAKER  (SBN:  224700)
kwhittaker@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – EUREKA DIVISION

| | |
|---|---|
| CLYDE F. WAGNER, JR., an individual,<br><br>                      Plaintiff,<br><br>  vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 10, inclusive<br><br>                    Defendants. | CASE NO. CV 13 3475 NJV<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; [~~PROPOSED~~] ORDER DISMISSING CASE** |

      Following settlement of this matter, Plaintiff CLYDE F. WAGNER and Defendant WAL-MART STORES, INC., by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

-1-
STIPULATION TO DISMISS

1 | IT IS SO STIPULATED

2

3 | Dated: March __28__, 2014                LAW OFFICE OF LATHE GILL

4 | By:   */s/ Lathe Gill*

5 | LATHE GILL
Attorney for Plaintiff

6 | CLYDE F. WAGNER

7 | Dated: ~~March~~ May __14__, 2014        GORDON & REES LLP

8

9 | By:   */s/ Michael A. Laurenson*
MICHAEL A. LAURENSON

10 | Attorneys for Defendant
WAL-MART STORES, INC.

11

12

13 | **[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS**

14 | Having reviewed the submission of the Parties and, good cause showing, the Court

15 | hereby GRANTS the Stipulation to Dismiss with Prejudice, each party to bear its own fees and

16 | costs.

17 | IT IS SO ORDERED.

18

19 | Dated: May 14, 2014

20 | JUDGE NANDOR J. VADAS

1089588/18961348v.1